UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF SHERRANO STINGLEY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, et al., <br><br> Defendants. | Case No. <br><br> **DECLARATION OF DYMIN STINGLEY RE: CAL. CODE CIV. PROC. § 377.32** |

I, Dymin Stingley, do declare and say:

1. I submit the following declaration concerning my status as a successor-in-interest to Sherrano Stingley, pursuant to section 377.32 of the California Code of Civil Procedure.

2. Sherrano Stingley was born on ▇▇▇ 1974, in McNary, Arizona.

3. No proceeding is now pending in California for administration of the estate of Sherrano Stingley.

4. I am a successor-in-interest to Sherrano Stingley (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the biological daughter of Sherrano Stingley.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Sherrano Stingley in this pending action or proceeding.

6. A true and correct copy of the certified death certificate of Sherrano Stingley is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 6, 2023, at Sacramento, California.

_____   2/6/23
Dymin Stingley

# STATE OF CALIFORNIA
# COUNTY OF SACRAMENTO
## DEPARTMENT OF HEALTH SERVICES

### CERTIFICATE OF DEATH

STATE FILE NUMBER: 3052022306084
LOCAL REGISTRATION NUMBER: 3202234013982

1. NAME OF DECEDENT – FIRST: SHERRANO
2. MIDDLE: DEMEQUIOUS
3. LAST: STINGLEY
4. DATE OF BIRTH: 1974
5. AGE: 48
6. SEX: M
7. DATE OF DEATH: 12/16/2022
8. HOUR: 1445
9. BIRTH STATE/FOREIGN COUNTRY: AZ
11. EVER IN U.S. ARMED FORCES: NO
12. MARITAL STATUS: NEVER MARRIED
13. EDUCATION: GED
14/15. WAS DECEDENT HISPANIC: YES
16. DECEDENT'S RACE: AFRICAN AMERICAN
17. USUAL OCCUPATION: UNKNOWN
18. KIND OF BUSINESS OR INDUSTRY: UNKNOWN
20. DECEDENT'S RESIDENCE: 7214 WILLOWWEST CT
21. CITY: SACRAMENTO
22. COUNTY: SACRAMENTO
23. ZIP CODE: 95828
24. YEARS IN COUNTY: UNK
25. STATE: CA
26. INFORMANT'S NAME, RELATIONSHIP: SACRAMENTO CORONER, CORONER
27. INFORMANT'S MAILING ADDRESS: 4800 BROADWAY SUITE 100, SACRAMENTO, CA 95820

31. NAME OF FATHER: UNKNOWN
32. MIDDLE: UNKNOWN
33. LAST: UNKNOWN
34. BIRTH STATE: UNK
35. NAME OF MOTHER: UNKNOWN
36. MIDDLE: UNKNOWN
37. LAST: UNKNOWN
38. BIRTH STATE: UNK

39. DISPOSITION DATE: 01/13/2023
40. PLACE OF FINAL DISPOSITION: RESIDENCE OF DYMIN STINGLEY, 7214 WILLOWWEST CT, SACRAMENTO, CA 95822
41. TYPE OF DISPOSITION: CREMATE/RESIDENCE
42. SIGNATURE OF EMBALMER: NOT EMBALMED
44. NAME OF FUNERAL ESTABLISHMENT: STATEWIDE MORTUARY TRANSPORT & SUPPORT INC
45. LICENSE NUMBER: FD2202
46. SIGNATURE OF LOCAL REGISTRAR: OLIVIA KASIRYE MD
47. DATE: 01/04/2023

101. PLACE OF DEATH: KAISER FOUNDATION HOSPITAL – SOUTH SACRAMENTO
102. IF HOSPITAL SPECIFY ONE: IP
104. COUNTY: SACRAMENTO
105. FACILITY ADDRESS: 6600 BRUCEVILLE ROAD
106. CITY: SACRAMENTO

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): PENDING
108. DEATH REPORTED TO CORONER: YES
MEDICAL NUMBER: 22-07275
109. BIOPSY PERFORMED: NO
110. AUTOPSY PERFORMED: YES
111. USED IN DETERMINING CAUSE: YES

113. WAS OPERATION PERFORMED: UNK
113A. DECEDENT PREGNANT LAST YEAR: NO

119. MANNER OF DEATH: Pending Investigation

126. SIGNATURE OF CORONER / DEPUTY CORONER: ALLYSON ROGERS
127. DATE: 12/22/2022
128. TYPE NAME, TITLE OF CORONER: ALLYSON ROGERS, DEP CORONER

---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with Sacramento County Department of Health Services.

*002104434*

DATE ISSUED: January 19, 2023

Olivia Kasirye MD
OLIVIA KASIRYE, MD
LOCAL REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

