UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF SHERRANO STINGLEY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, et al., <br><br> Defendants. | Case No. <br><br> **DECLARATION OF LASHAWNDA BROUGHTON RE: CAL. CODE CIV. PROC. § 377.32** |

I, LaShawnda Broughton, do declare and say:

1. I submit the following declaration concerning S█████ S█████'s status as a successor-in-interest to Sherrano Stingley, pursuant to section 377.32 of the California Code of Civil Procedure. (I submit this declaration on behalf of S█████ S█████ because he is a minor.)

2. Sherrano Stingley was born on ████ 1974, in McNary, Arizona.

3. No proceeding is now pending in California for administration of the estate of Sherrano Stingley.

4. S█████ S█████ is a successor-in-interest to Sherrano Stingley (as defined in section 377.11 of the California Code of Civil Procedure) and succeeds to his interest in this action or proceeding. S█████ S█████ is the biological son of Sherrano Stingley.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Sherrano Stingley in this pending action or proceeding.

6. A true and correct copy of the certified death certificate of Sherrano Stingley is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 3, 2023, at Sacramento, California.

*/s/ LaShawnda Broughton*
LaShawnda Broughton

# STATE OF CALIFORNIA
## COUNTY OF SACRAMENTO
### DEPARTMENT OF HEALTH SERVICES

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3052022306084
LOCAL REGISTRATION NUMBER: 3202234013982

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT - FIRST | SHERRANO |
| 2. MIDDLE | DEMEQUIOUS |
| 3. LAST | STINGLEY |
| 4. DATE OF BIRTH | 1974 |
| 5. AGE | 48 |
| 6. SEX | M |
| 7. DATE OF DEATH | 12/16/2022 |
| 8. HOUR | 1445 |
| 9. BIRTH STATE | AZ |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 13. EDUCATION | GED |
| 14/15. HISPANIC? | NO |
| 16. RACE | AFRICAN AMERICAN |
| 17. USUAL OCCUPATION | UNKNOWN |
| 18. KIND OF BUSINESS | UNKNOWN |
| 20. RESIDENCE | 7214 WILLOWWEST CT |
| 21. CITY | SACRAMENTO |
| 22. COUNTY | SACRAMENTO |
| 23. ZIP | 95828 |
| 24. YEARS IN COUNTY | UNK |
| 25. STATE | CA |
| 26. INFORMANT | SACRAMENTO CORONER, CORONER |
| 27. MAILING ADDRESS | 4800 BROADWAY SUITE 100, SACRAMENTO, CA 95820 |
| 31. FATHER - FIRST | UNKNOWN |
| 32. MIDDLE | UNKNOWN |
| 33. LAST | UNKNOWN |
| 34. BIRTH STATE | UNK |
| 35. MOTHER - FIRST | UNKNOWN |
| 36. MIDDLE | UNKNOWN |
| 37. LAST | UNKNOWN |
| 38. BIRTH STATE | UNK |
| 39. DISPOSITION DATE | 01/13/2023 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF DYMIN STINGLEY, 7214 WILLOWWEST CT, SACRAMENTO, CA 95822 |
| 41. TYPE OF DISPOSITION | CREMATE/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. FUNERAL ESTABLISHMENT | STATEWIDE MORTUARY TRANSPORT & SUPPORT INC |
| 45. LICENSE NUMBER | FD2202 |
| 46. LOCAL REGISTRAR | OLIVIA KASIRYE MD |
| 47. DATE | 01/04/2023 |
| 101. PLACE OF DEATH | KAISER FOUNDATION HOSPITAL - SOUTH SACRAMENTO |
| 102. IF HOSPITAL | IP |
| 104. COUNTY | SACRAMENTO |
| 105. FACILITY ADDRESS | 6600 BRUCEVILLE ROAD |
| 106. CITY | SACRAMENTO |
| 107. CAUSE OF DEATH (IMMEDIATE) | PENDING |
| 108. DEATH REPORTED TO CORONER | YES |
| REFERRAL NUMBER | 22-07275 |
| 109. BIOPSY PERFORMED | NO |
| 110. AUTOPSY PERFORMED | YES |
| 111. USED IN DETERMINING CAUSE | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | |
| 113. OPERATION PERFORMED | UNK |
| 113A. PREGNANT | NO |
| 119. MANNER OF DEATH | Pending Investigation |
| 126. CORONER | ALLYSON ROGERS |
| 127. DATE | 12/22/2022 |
| 128. TYPE NAME | ALLYSON ROGERS, DEP CORONER |

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file with Sacramento County Department of Health Services.

\*002104434\*

DATE ISSUED: January 19, 2023

Olivia Kasirye MD
OLIVIA KASIRYE, MD
LOCAL REGISTRAR

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.
PBNDO (REV 09/18)

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

