UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF SHERRANO STINGLEY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | Case No. 2:23-cv-00255-TLN-AC<br><br>**ORDER GRANTING PLAINTIFFS S.S.'S *EX PARTE* MOTION FOR APPOINTMENT OF GUARDIAN *AD LITEM*** |

Pursuant to Federal Rule of Civil Procedure 17(c)(2), the Court GRANTS Plaintiff S.S.'s *ex parte* motion for appointment of guardian *ad litem*.

The Court FINDS that the appointment of LaShawnda Broughton as guardian *ad litem* for Plaintiff S.S. is appropriate and in the best interest of Plaintiff S.S., where he is currently a minor; LaShawnda Broughton is Plaintiff S.S.'s biological mother and legal custodian; and LaShawnda Broughton is aware of no conflicts of interest that would preclude acting as guardian *ad litem*.

Accordingly, the Court APPOINTS LaShawnda Broughton as the guardian *ad litem* for Plaintiff S.S., for purposes of prosecuting this action, unless or until Plaintiff S.S. reaches the age of majority or the Court orders otherwise.

IT IS SO ORDERED.

Dated: February 10, 2023

Troy L. Nunley
United States District Judge

1

**ORDER GRANTING PLAINTIFF S.S.'S *EX PARTE* MOTION FOR APPOINTMENT OF GUARDIAN *AD LITEM***
*Estate of Stingley v. County of Sacramento*, United States District Court, Eastern District of California, Case No. _____