| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| MARK E. MERIN ESQ., Bar #043849<br>LAW OFFICES OF MARK E. MERIN<br>1010 F STREET<br>SUITE 300<br>SACRAMENTO, CA 95814<br>Telephone No: 916-443-6911      FAX No: 916-447-8336<br><br>Ref. No. or File No.:<br><br>Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

Plaintiff: ESTATE OF SHERRANO STINGLEY
Defendant: COUNTY OF SACRAMENTO

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-CV-00255-TLN-AC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; DECLARATION OF DYMIN STINGLEY; DECLARATION OF LASHAWNDA BROUGHTON; CIVIL COVER SHEET; INITIAL PRETRIAL SCHEDULING ORDER; MAGISTRATE JUDGE CONSENT IN CIVIL CASES: KNOW YOUR RIGHTS!; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION

3. a. Party served:      COUNTY OF SACRAMENTO
   b. Person served:    CHRISTINE S., CLERK, Black, Female, 30 Years Old, Brown Hair, Brown Eyes, 5 Feet 3 Inches, 160 Pounds

4. Address where the party was served:    700 H STREET
   ROOM 2450
   SACRAMENTO, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Feb. 15, 2023 (2) at: 3:11PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: COUNTY OF SACRAMENTO
   Under CCP 416.50 (public entity)

7. *Person Who Served Papers:*
   a. MICHAEL LYNN HENRY

   **2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817**

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:   $35.00

   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:   2019-24
       (iii) County:              Sacramento

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Feb. 16, 2023

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(MICHAEL LYNN HENRY)

meme.440558