| Attorney or Party without Attorney: <br> MARK E. MERIN ESQ., Bar #043849 <br> LAW OFFICES OF MARK E. MERIN <br> 1010 F STREET <br> SUITE 300 <br> SACRAMENTO, CA  95814 <br> Telephone No: 916-443-6911   FAX No: 916-447-8336 <br><br> Ref. No. or File No.: <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA |
| Plaintiff: ESTATE OF SHERRANO STINGLEY |
| Defendant: COUNTY OF SACRAMENTO |

| PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:23-CV-00255-TLN-AC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; DECLARATION OF DYMIN STINGLEY; DECLARATION OF LASHAWNDA BROUGHTON; CIVIL COVER SHEET; INITIAL PRETRIAL SCHEDULING ORDER; MAGISTRATE JUDGE CONSENT IN CIVIL CASES: KNOW YOUR RIGHTS!; NOTICE OF AVAILABILITY VOLUNTARY DISPUTE RESOLUTION

3. a. Party served:            SACRAMENTO COUNTY SHERIFF DEPARTMENT
   b. Person served:           JENNIFER TOMICH, AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:   4500 ORANGE GROVE AVENUE
                                         SACRAMENTO, CA  95841

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Feb. 14, 2023 (2) at: 11:40AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  SACRAMENTO COUNTY SHERIFF DEPARTMENT
   Under CCP 416.50 (public entity)

7. *Person Who Served Papers:*                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHRISTOPHER I WHITCOMB              d. *The Fee for Service was:*  $35.00



   2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817

   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  Registration No.:   2020-34
       (iii) County:              Sacramento

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Feb. 14, 2023

Judicial Council Form POS-010                    PROOF OF SERVICE                    (CHRISTOPHER I WHITCOMB)
Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS IN A CIVIL CASE                                          meme.440560