**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Suli A. Mastorakos, SBN 330383
smastorakos@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and SCOTT JONES
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF SHERRANO STINGLEY, DYMIN STINGELY, S.S., and ANNETTE HILBURN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, and DOE 1 to 10,<br><br>Defendants._____ / | CASE NO. 2:23-cv-00255-TLN-AC<br><br>**DEFENDANTS COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, AND SCOTT JONES' NOTICE OF MOTION AND MOTION TO DISMISS/MOTION TO STRIKE PLAINTIFFS' COMPLAINT**<br><br>Date:        May 4, 2023<br>Time:       2:00 p.m.<br>Courtroom:  2, 15th floor<br>Judge:       Hon. Troy L. Nunley<br><br>Complaint Filed: 02/09/2023 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **May 4, 2023,** at **2:00 p.m.,** or as soon thereafter as the matter may be heard, in **Courtroom 2** of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, CA 95814, Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and SCOTT JONES (collectively, "Defendants") will move to dismiss/move to strike the Complaint filed by Plaintiffs ESTATE OF SHERRANO STINGLEY, DYMIN STINGELY, S.S., and ANNETTE HILBURN (collectively, "Plaintiffs") pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), on the following grounds:

1. The claims asserted against SCOTT JONES fail because they are duplicative and redundant to the claims against the COUNTY OF SACRAMENTO/SACRAMENTO COUNTY SHERIFF'S DEPARTMENT. The allegations in support thereof are also not entitled to the presumption of truth.

2. As to Plaintiffs' *Monell* claims, Plaintiffs' Complaint fails to plead allegations to plausibly suggest there is a policy or custom that was the moving force behind the constitutional violations alleged. The Complaint also fails to identify the training practices at issue, how those practices were deficient, how those practices caused Decedent Sherrano Stingley's ("Decedent") harm, and how the deficiency amounts to deliberate indifference. Such does not plausibly suggest entitlement to relief, nor does it constitute compliance with the applicable pleading standard for *Monell* claims

3. Third, as to Plaintiffs' third and fourth claims for relief for violation of the Rehabilitation Act and the Americans with Disabilities Act, respectively, Plaintiffs fail to show that Defendants failed to accommodate any alleged disability of Decedent, or otherwise intentionally discriminated against Decedent based on an alleged disability. Plaintiffs' Complaint is devoid of any facts, as none exist, demonstrating that the deputies had the time and opportunity to assess the situation and potentially employ any accommodations to Decedent.

4. With respect to Plaintiffs' seventh and eighth state law claims for (1) Excessive Force and (2) Denial of Medical Care, respectively, asserted under Article I, Section 13 of the California Constitution, those claims must be dismissed because Article I, Section 13 does not confer a private cause of action for damages. Further, Plaintiffs have meaningful and numerous alternative remedies –

2

**DEFENDANTS COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, AND SCOTT JONES' NOTICE OF MOTION AND MOTION TO DISMISS/MOTION TO STRIKE PLAINTIFFS' COMPLAINT**

not just to vindicate their rights through injunction or writ relief – but specifically *for damages*

5.  Finally, Defendants move to strike, pursuant to Federal Rules of Civil Procedure 12(f), Plaintiffs' allegations pertaining to the referenced lawsuits, settlements, news articles, and jury verdicts that are so plainly irrelevant on their face, they are clearly included for salacious and improper purposes. These allegations are contained in paragraphs 163, 167(a)–(e), and 168–70.  Defendants also move to strike the inflammatory and irrelevant allegations contained in the unnumbered introductory paragraph of the Complaint, referencing a general news article about the number of police "killings" in 2022, as well as comparing the "George Floyd" matter to the instant action.

This Motion to Dismiss is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities in support thereof, the entire Court file and any other pleadings, evidence, or legal arguments that may be presented at the time of the hearing, to the extent one is held.

Dated:  March 28, 2023

                                                 PORTER SCOTT
                                       A PROFESSIONAL CORPORATION

                                       By   /s/Carl L. Fessenden_____
                                                Carl L. Fessenden
                                                Suli A. Mastorakos
                                                Attorney for Defendants

**DEFENDANTS COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, AND SCOTT JONES' NOTICE OF MOTION AND MOTION TO DISMISS/MOTION TO STRIKE PLAINTIFFS' COMPLAINT**