**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Suli A. Mastorakos, SBN 330383
smastorakos@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and SCOTT JONES

*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF SHERRANO STINGLEY, DYMIN STINGELY, S.S., and ANNETTE HILBURN, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, and DOE 1 to 10, <br><br> Defendants. _____/ | CASE NO.  2:23-cv-00255-TLN-AC <br><br> **NOTICE OF CHANGE OF ADDRESS** <br><br> Complaint Filed:  02/09/2023 |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE of the following change of address for PORTER SCOTT, counsel for Defendant COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and SCOTT JONES, in this matter. Effective August 1, 2023, please forward all future pleadings,

correspondence or other communications, and documents regarding this matter to the address listed below.

    PORTER SCOTT
    2180 Harvard Street, Suite 500
    Sacramento, CA 95815
    Phone: 916.929.1481
    Fax: 916.927.3706

Dated:  July 28, 2023                       PORTER SCOTT
                                                       A PROFESSIONAL CORPORATION

                                                       By  /s/Carl L. Fessenden
                                                              Carl L. Fessenden
                                                              Suli A. Mastorakos
                                                              Attorney for Defendants

**NOTICE OF CHANGE OF ADDRESS**