Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:       mark@markmerin.com
                    paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF SHERRANO STINGLEY,
DYMIN STINGLEY, S.S.,
and ANNETTE HILBURN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF SHERRANO STINGLEY, DYMIN STINGLEY, S.S., and ANNETTE HILBURN,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, and DOE 1 to 10,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00255-TLN-AC<br><br>**PLAINTIFF ESTATE OF SHERRANO STINGLEY'S NOTICE OF MOTIONS; MOTION TO COMPEL; AND MOTION FOR EXPENSES RE: EMPLOYMENT EVALUATIONS**<br><br>Date:　　　September 13, 2023<br>Time:　　　10:00 a.m.<br>Location:　 Robert T. Matsui U.S. Courthouse<br>　　　　　　 501 I Street<br>　　　　　　 Sacramento, CA 95814<br>Courtroom: 26 (8th Floor)<br>Magistrate Judge: Hon. Allison Claire |

## NOTICE OF MOTIONS

PLEASE TAKE NOTICE that, on September 13, 2023, at 10:00 a.m., in Courtroom 26 (8th Floor), at the Robert T. Matsui U.S. Courthouse, 501 I Street, Sacramento, CA 95814, before the Honorable Magistrate Judge Allison Claire, Plaintiff Estate of Sherrano Stingley ("Estate") does and will move the Court as follows, based on Defendant County of Sacramento's ("County") insufficient discovery responses.

1

The grounds for the instant motions, including substantive argument and supporting declarations and exhibits, will be submitted to the Court in the forthcoming Joint Statement Re: Discovery Disagreement, pursuant to Local Rule 251(c).

## MOTION TO COMPEL

The Estate does and will move the Court for an order overruling the County's objections and compelling production of withheld documents, including in response to the Estate's requests for production of "psychiatric and psychological evaluations of the three officers" (RFP No. 21); "psychiatric and psychological evaluations of Freddy Martinez" (RFP No. 51); "psychiatric and psychological evaluations of Rachell Villegas" (RFP No. 60); and "psychiatric and psychological evaluations of Brittany Linde" (RFP No. 69), pursuant to Federal Rule of Civil Procedure 37(a).

## MOTION FOR EXPENSES

The Estate does and will move the Court for an order awarding expenses incurred in the meet-and-confer efforts and making and briefing of the instant motions, including reasonable attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure 37(a)—if the Estate's motion to compel is granted, in whole or in part, or the County produces the requested discovery after this motion is filed, pursuant to Federal Rule of Civil Procedure 37(a)(5).

Dated: August 18, 2023

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

By: _____
   Mark E. Merin
   Paul H. Masuhara

   Attorneys for Plaintiffs
   ESTATE OF SHERRANO STINGLEY,
   DYMIN STINGLEY, S.S.,
   and ANNETTE HILBURN

2

**PLAINTIFF ESTATE OF SHERRANO STINGLEY'S NOTICE OF MOTIONS; MOTION TO COMPEL; AND MOTION FOR EXPENSES**
*Estate of Stingley v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:23-cv-00255-TLN-AC