Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:        mark@markmerin.com
                    paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF SHERRANO STINGLEY,
DYMIN STINGLEY, S.S.,
and ANNETTE HILBURN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF SHERRANO STINGLEY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, et al., <br><br> Defendants. | Case No. 2:23-cv-00255-TLN-AC <br><br> **PLAINTIFF ESTATE OF SHERRANO STINGLEY'S REQUEST TO STRIKE DEFENDANT COUNTY OF SACRAMENTO'S UNAUTHORIZED RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY *HEREFORD v. CITY OF HEMET*** |

### I.   INTRODUCTION

Plaintiff Estate of Sherrano Stingley ("Estate") requests the Court to strike and disregard Defendant County of Sacramento's ("County") unauthorized response, ECF No. 29, to the notice of supplemental authority *Hereford v. City of Hemet*, ECF No. 28.

### II.   STATEMENT OF RELEVANT PROCEEDINGS

On September 15, 2023, the Estate provided notice of a recently-issued supplemental authority, *Hereford v. City of Hemet*, No. 5:22-cv-00394-JWH-SHK, 2023 U.S. Dist. LEXIS 163830, Dkt. No. 63 (C.D. Cal. Sep. 14, 2023). ECF No. 28. Therein, the Estate provided notice of the *Hereford* decision in support of its portion of the joint statement, ECF No. 25, regarding the motion to compel, ECF No. 22, which has been submitted and is pending decision before this Court, ECF No. 23. *See id.* The Estate's

1

**ESTATE'S REQUEST TO STRIKE COUNTY'S UNAUTHORIZED RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY *HEREFORD***
*Estate of Stingley v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:23-cv-00255-TLN-AC

notice did *not* contain additional argument on the pending motion, consistent with Local Rule 230(m)(2). *See* E.D. Cal. L.R. 230(m)(2) ("The notice of supplemental authority may contain a citation to the new authority but may not contain additional argument on the motion.").

On September 27, 2023, the County filed a response to the Estate's notice of supplemental authority *Hereford v. City of Hemet*. ECF No. 29. Therein, the County provided additional argument on the motion, including as to why it believed "the decision in *Hereford* is distinguishable from the instant case." *See id*.

### III.  REQUEST TO STRIKE

The Court should strike the County's response as an unauthorized filing. By Rule, the Estate was not permitted to offer "additional argument on the motion" when providing notice of the *Hereford* decision. *See* E.D. Cal. L.R. 230(m)(2). And neither was the County, "without prior approval." *See Bland v. Moffett*, 2022 U.S. Dist. LEXIS 129622, at *4–5 (E.D. Cal. July 20, 2022) ("Plaintiff is not entitled to any supplemental filing without prior approval. Plaintiff is simply not entitled to further or additional argument concerning Defendants' [] motion nor will the Court entertain any supplemental pleadings." (citing E.D. Cal. L.R. 230(m)(2))).

### IV.  CONCLUSION

Therefore, the Court should strike and disregard the County's unauthorized response to the Estate's notice of supplemental authority *Hereford v. City of Hemet*, ECF No. 29.

Dated: September 27, 2023                                                   Respectfully Submitted,

By: _____
    Mark E. Merin
    Paul H. Masuhara
    LAW OFFICE OF MARK E. MERIN
    1010 F Street, Suite 300
    Sacramento, California 95814
    Telephone: (916) 443-6911
    Facsimile: (916) 447-8336

    Attorneys for Plaintiffs
    ESTATE OF SHERRANO STINGLEY,
    DYMIN STINGLEY, S.S.,
    and ANNETTE HILBURN

2

**ESTATE'S REQUEST TO STRIKE COUNTY'S UNAUTHORIZED RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY *HEREFORD***
*Estate of Stingley v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:23-cv-00255-TLN-AC