**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Suli A. Mastorakos, SBN 330383
smastorakos@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT and SCOTT JONES
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF SHERRANO STINGLEY, DYMIN STINGELY, S.S., and ANNETTE HILBURN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT JONES, and DOE 1 to 10,<br><br>Defendants._____/ | CASE NO. 2:23-cv-00255-TLN-AC<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO AMEND/MODIFY PROTECTIVE ORDER [ECF NOS. 18–19]**<br><br>Date: January 10, 2024<br>Time: 10:00 a.m.<br>Courtroom: 26, 8th Floor<br>Judge: Hon. Allison Claire<br><br>Complaint Filed: 02/09/2023 |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, on January 10, 2024, at 10:00 a.m., in Courtroom 26, at the Robert T. Matsui U.S. Courthouse, 501 I Street, Sacramento, CA 95814, before the Honorable Magistrate Judge Allison Claire, Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and SCOTT JONES (hereinafter, "Defendants") do and will move the Court to amend/modify the parties' protective order on file in this matter. (*See* ECF Nos. 18–19.)

The grounds for grounds for the instant motion, including substantive argument and supporting declarations and exhibits, will be submitted to the Court in the forthcoming Joint Statement Re: Discovery Disagreement, pursuant to Local Rule 251(c).

**MOTION TO AMEND/MODIFY PROTECTIVE ORDER (ECF NOS. 18–19)**

Defendants do and will move the Court for an order to amend/modify the parties' protective order on file (*see* ECF Nos. 18–19) to include additional documents comprising officer personnel files pertaining to discipline.

1. The protective order dated August 17, 2023 (ECF No. 19), should be amended/modified to include the following discipline records comprising the personnel files of Deputies Brittany Linde and Freddy Martinez:

<u>Brittany Linde</u>

DEF 01805-01919, and 02339-02510.

<u>Freddy Martinez</u>

DEF 01920-02338.

Dated: November 17, 2023

    PORTER SCOTT
    A PROFESSIONAL CORPORATION

    By <u>/s/Suli A. Mastorakos</u>
        Carl L. Fessenden
        Suli A. Mastorakos
        Attorneys for Defendants