Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:        mark@markmerin.com
               paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF SHERRANO STINGLEY,
DYMIN STINGLEY, S.S.,
and ANNETTE HILBURN

**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
Cruz Rocha, SBN 279293
crocha@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, SCOTT JONES,
FREDDY MARTINEZ, RACHELL VILLEGAS,
BRITTANY LINDE, and BRANDON SWAIM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF SHERRANO STINGLEY, et al., | Case No. 2:23-cv-00255-TLN-AC |
| Plaintiffs, | **NOTICE OF CONTINGENT SETTLEMENT AND STIPULATION TO SUSPEND PENDING DEADLINES; ORDER** |
| vs. | |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

1

The Estate of Sherrano Stingley, Dymin Stingley, S.S., and Annette Hilburn (collectively, "Plaintiffs") and the County of Sacramento, Sacramento County Sheriff's Department, Scott Jones, Freddy Martinez, Rachell Villegas, Brittany Linde, and Brandon Swaim (collectively, "Defendants") provide NOTICE OF CONTINGENT SETTLEMENT which, if approved, would resolve all claims and defenses alleged by all parties to this action. The parties' contingent settlement is dependent upon the Sacramento County Board of Supervisor's approval of the settlement terms, and this Court's approval of a forthcoming motion for minor's compromise. The Sacramento County Board of Supervisors' decision is expected by February 24, 2026, and Plaintiffs expect to file a motion for minor's compromise for the Court's consideration by February 6, 2026.

Further, the parties STIPULATE TO SUSPEND PENDING DEADLINES while necessary approval of the contingent settlement terms is sought, including suspension of the expert disclosure deadline (02/02/2026), rebuttal expert disclosure deadline (03/04/2026), and dispositive motions deadline (06/02/2026).

IT IS SO STIPULATED.

Dated: January 29, 2026

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

/s/ Mark E. Merin

By: _____
        Mark E. Merin
        Paul H. Masuhara

        Attorneys for Plaintiffs

Dated: January 29, 2026

Respectfully Submitted,
PORTER | SCOTT

/s/ Carl L. Fessenden
(as authorized on January 29, 2026)
By: _____
        Carl L. Fessenden
        Cruz Rocha

        Attorneys for Defendants

2

**ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

The pending deadlines in this case are SUSPENDED, including the expert disclosure deadline (02/02/2026), rebuttal expert disclosure deadline (03/04/2026), and dispositive motions deadline (06/02/2026), while the parties seek necessary approval of the contingent settlement terms.

The parties shall notice the Court whether: (A) the contingent settlement terms is approved by the Sacramento County Board of Supervisors; or (B) the contingent settlement terms is rejected by the Sacramento County Board of Supervisors.

IT IS SO ORDERED.

DATED:  January 29, 2026

_____
Troy L. Nunley
Chief United States District Judge

**NOTICE OF CONTINGENT SETTLEMENT AND STIPULATION TO SUSPEND PENDING DEADLINES**
*Estate of Stingley v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:23-cv-00255-TLN-AC